UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-4357

UNITED STATES OF AMERICA

V.

DANIEL MCINTOSH

CONSENT MOTION TO EXTEND TIME FOR FILING
SUPPLEMENTAL OPENING BRIEF AND APPENDIX

Daniel McIntosh, by his undersigned counsel, hereby respectfully moves the Court to extend the time for filing the Supplemental Opening Brief and Appendix until October 14, 2014. The Government consents to this request.

1.  This is an appeal of an 8-week jury trial.

2.  Undersigned counsel, who is a solo practitioner, was appointed under the Criminal Justice Act to represent the Defendant/Appellant.

3.  Despite all due diligence, counsel has been unable to read the record, research the issues, and prepare the brief within the Court's original schedule.

4.  In particular, since the Court entered its Briefing Order, counsel has been representing three defendants who are actively cooperating with the Government, where time was of the essence to review the case and meet with the Government.

5. In addition, counsel's time has been taken up in representing multiple other clients, including seven persons charged in multi-defendant complex conspiracy cases with extensive wiretap evidence as well as a number of others matters with pre-existing deadlines.

6. During this time, counsel was also unavailable for approximately one week due to medical reasons.

7. Lastly, during the next two months counsel has a number of other pending matters that will also take up her time, including motions and other hearings.

WHEREFORE, Mr. McIntosh respectfully requests, with the consent of the Government, that this Honorable Court extend the time for filing his opening Brief and Appendix until October 14, 2014.

        Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Attorney for Defendant/Appellant
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2014, a copy of the instant motion was served via ECF on AUSA William Glaser.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Attorney for Defendant/Appellant