FILED: September 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4357

(8:10-cr-00777-RWT-14)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DANIEL MCINTOSH, a/k/a Barfly, a/k/a B-Fly

      Defendant - Appellant

_____

O R D E R

_____

Court-appointed counsel's motion to authorize extraordinary copy costs is granted in accordance with the following terms.

- Counsel shall exclude from the copy request any documents that are without relevance to the appeal.

- Leave is granted to copy documents relevant to the appeal for appellant at a cost not to exceed $.05 per page.

- Counsel shall make advance arrangements with prison officials for appellant's receipt of the documents.

- The provider of the duplication services may submit a CJA 21 form to the clerk for payment upon completion of services.
- Payment will not be allowed for duplication of a copy of the appendix for appellant.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk