FILED: September 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4273 (L)
(8:10-cr-00777-RWT-6)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

KEEGAN LEAHY

        Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Supplemental Appendix due: 10/20/2014

Supplemental Opening brief due: 10/20/2014

Response brief due: 11/18/2014

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk