FILED: November 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4357
(8:10-cr-00777-RWT-14)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DANIEL MCINTOSH, a/k/a Barfly, a/k/a B-Fly

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule. No further extensions will be granted for the opening brief and joint appendix. The briefing schedule is extended as follows:

    Appendix due: 01/02/2015

    Opening brief due: 01/02/2015

    Response brief due: 02/02/2015

    Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk