FILED: March 16, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4357

(8:10-cr-00777-RWT-14)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DANIEL MCINTOSH, a/k/a Barfly, a/k/a B-Fly

       Defendant - Appellant

_____

O R D E R

_____

    Appellant's opening brief in this case was initially due on August 14, 2014. Appellant has filed a motion for further extension of time, asking that the brief not be due any earlier than April 30, 2015.

    The motion for further extension is denied. The denial is without prejudice to the filing of the brief and appendix, together with a motion for leave to file, within 15 days of the date of this order.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk