## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA   *

v.                         No. 14-4357

                           *

DANIEL MCINTOSH

                           *

### MOTION FOR LEAVE TO FILE THE BRIEF AND OVERSIZED APPENDIX

Comes now Appellant herein, Daniel McIntosh, by and through his counsel, Carmen D. Hernandez, Esq., as appointed counsel pursuant to the CJA, and moves for leave to file the Appendix on this date and for an additional day to file the Brief.

1.  After granting several extensions while counsel was trying a 3-month RICO conspiracy in federal court in Baltimore, on March 16, 2015, this Court denied a motion for another extension of time to April 30, 2015 to file the opening brief "without prejudice to the filing of the brief and appendix, together with a motion for leave to file, within 15 days of the date of this order."[1]

2.  Counsel filed the joint appendix on ECF earlier this evening in this case.

3.  The joint appendix is oversize (4,270 pages) because it includes the trial transcript and all witness testimony, as requested by the Government were the appellant to challenge the sufficiency of the evidence on any count.

---

[1] The RICO conspiracy was a court-appointed case involving 8 codefendants, where the trial schedule was set before this Court entered its briefing schedule.

4. The joint appendix includes only materials essential to the Court's evaluation of the issues.

5. Undersigned counsel also seeks an additional day to file the Opening Brief so that it can include the joint appendix references.

6. Counsel was in federal district court all day today, in trial on a case where the defendant has been detained pretrial since 2013 based on allegations that date back to 2007 but where DNA evidence implicating the defendant was not uncovered by the Government until 2012. Counsel was appointed under the Criminal Justice Act in that case on July 2, 2012, long before this Court entered its briefing schedule.

7. Since the Court entered its Order on March 16, 2015 and continuing since counsel returned from court late this afternoon, she has endeavored with all due diligence to complete the brief and insert the joint appendix references but as of this hour has not yet completed the work. The brief should be completed by close of business on April 1, 2015, after counsel returns from the above-noted trial.

8. The instant appeal involved an 8-week jury trial of a 10-year marijuana conspiracy where the defendant was convicted on three counts and acquitted on three other counts.

WHEREFORE, Mr. McIntosh respectfully requests leave to file an oversized joint appendix and an additional day to file the Opening Brief.

Respectfully submitted,

March 31, 2015

/s/
CARMEN D. HERNANDEZ
7166 Mink Hollow Road
Highland, MD 20777
240-472-3391; 301-854-0076 (fax)
Counsel of Record/CJA Counsel
For Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before this 31st day of March, 2015, a copy of the foregoing Motion for Leave to File was served via CM/ECF and e-mail on Sonja M. Ralston, Esq., United States Department of Justice, Washington, D.C., Appellate Counsel for Appellee, the United States.

/s/
CARMEN D. HERNANDEZ

3