## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | No. 14-4357 |
| DANIEL MCINTOSH | * | |
| | * | |

### MOTION FOR EXTENSION TO FILE THE BRIEF

Comes now Appellant herein, Daniel McIntosh, by and through his counsel, Carmen D. Hernandez, Esq., as appointed counsel pursuant to the CJA, and moves for leave of five days to file the Brief.

1. After granting several extensions while counsel was trying a 3-month RICO conspiracy in federal court in Baltimore, on March 16, 2015, this Court denied a motion for another extension of time to April 30, 2015 to file the opening brief "without prejudice to the filing of the brief and appendix, together with a motion for leave to file, within 15 days of the date of this order."[1]

2. Counsel lodged the joint appendix on ECF on March 31, 2015 and had a hard copy hand delivered to the Court.

3. Counsel seeks an additional five days to file the Opening Brief so that it can include the joint appendix references and complete other substantive changes.

---

[1] The RICO conspiracy was a court-appointed case involving 8 codefendants, where the trial schedule was set before this Court entered its briefing schedule.

4. Counsel has been in trial in federal district court in Greenbelt, Maryland since March 31, 2015 in a case where the defendant has been detained pretrial since 2013 based on allegations that date back to 2007 but where DNA evidence implicating the defendant was not uncovered by the Government until 2012. Counsel was appointed under the Criminal Justice Act in that case on July 2, 2012, long before this Court entered its briefing schedule.

5. Several issues have arisen in the trial particularly with regard to the DNA evidence, its collection, submission for analysis and interpretation that did not come up until trial began that has taken up all of counsel's time; counsel has literally been working late into the night and rising early, putting in 18 to 20 hour days on the trial. Counsel has attempted to complete the work on the brief at the same time but has been unable to do so.

6. Since the Court entered its Order on March 16, 2015 and continuing to today, counsel has endeavored with all due diligence to complete the brief but has not been able to complete the necessary work. Counsel respectfully requests a short extension to Sunday, April 12, 2015 to file the brief.

7. Mr. McIntosh's appeal involves an 8-week jury trial of a 10-year marijuana conspiracy where the defendant was convicted on three counts and acquitted on three other counts. The issues are quite complex and the record

extensive.

WHEREFORE, Mr. McIntosh respectfully requests leave to file the Opening Brief no later than Sunday, April 12, 2015.

Respectfully submitted,

April 7, 2015                                        /s/
CARMEN D. HERNANDEZ
7166 Mink Hollow Road
Highland, MD 20777
240-472-3391; 301-854-0076 (fax)
Counsel of Record/CJA Counsel
For Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2015, a copy of the foregoing Motion for Leave to File was served via CM/ECF and e-mail on Sonja M. Ralston, Esq., United States Department of Justice, Washington, D.C., Appellate Counsel for Appellee, the United States.

/s/
CARMEN D. HERNANDEZ