FILED: April 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4357
(8:10-cr-00777-RWT-14)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DANIEL MCINTOSH, a/k/a Barfly, a/k/a B-Fly

       Defendant - Appellant

_____

O R D E R
_____

The court defers consideration of appellant's motion to extend the filing time for the opening brief pending the filing of the brief on or before April 12, 2015.

The court grants appellant's motion to file an oversize joint appendix of 4,270 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk